1:24-cv-01467
Judge Mary M. Rowland
Magistrate Judge Sheila M. Finnegan
CAT 2/DIRECT

**RECEIVED**

FEB 2 1 2024 AX/A

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: HAIR RELAXER MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 3060 Master Docket Case No. 1:23-cv-00818 Honorable Mary M. Rowland |

Evelyn L Keaton, as Personal Representative of Estate of Elva Jean Keaton

| | | |
|---|---|---|
| Plaintiff(s), | (aka Elva Keaton Estate Representative) and Heirs of Elva Jean Keaton | SHORT-FORM COMPLAINT AND JURY DEMAND **FILED** |
| v. | | |
| Defendant(s). | L'Oreal USA Inc.; L'Oreal USA Products Inc; Soft Sheen-Carson; Strength of Nature LLC; Walgreens Co. | Civil Action No. |

FEB 2 1 2024 AX/A

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

1.       Plaintiff(s)/Injured Party/Decedent (hereinafter, "Plaintiff(s)") incorporate by reference Plaintiffs' Master Long Form Complaint in *In Re: Hair Relaxer Marketing, Sales Practices and Products Liability Litigation*, MDL 3060, filed as of May 15, 2023, as Document Number 106.

2.       Plaintiff(s), as Elva Keaton Estate representative        , file(s) this Complaint pursuant to CMO No. 2 and is to be bound by the rights, protections and privileges, and obligations of that CMO and other Orders of the Court. Further, in accordance with CMO No. 2, Plaintiff(s) hereby designate(s) the United States District Court for the        N.D. IL        as Plaintiff's designated venue ("Original Venue"). Plaintiff makes this selection based upon one (or more) of the following factors (please check the appropriate box(es)):

x    Plaintiff currently resides in Indianapolis IN; Decedent lived in Chicago IL and Indianapolis during
     period of argued toxic exposure from and use of black hair products  (City/State);
x    Plaintiff purchased and used Defendant(s)' products in  Chicago IL and Indianapolis IN
     (City/State);

___   The Original Venue is a judicial district in which Defendant _____
      resides, and all defendants are residents of the State in which the district is located

(28 U.S.C. § 1391(b)(1)).

____ The Original Venue is a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, specifically (28 U.S.C. § 1391(b)(2)):_____
_____.

____ There is no district in which an action may otherwise be brought under 28 U.S.C. § 1391, and the Original Venue is a judicial district in which Defendant _____ is subject to the Court's personal jurisdiction with respect to this action (28 U.S.C. § 1391(b)(3)).

__x__ Other reason (please explain): Black hair products causing cancer and illness to be filed in US Dist.Ct ND-IL per federal multi-district litigation order; Plaintiff Decedent's estate case venue exists in US Dist Ct SD IN and in ND-IL but filing in ND-IL due to federal multi-district litigation order for case type.

3. For purposes of diversity jurisdiction, Plaintiff is a citizen of

____Indiana_____ (State/Territory).

4. Plaintiff is suing the following Defendants, and for purposes of diversity, whose

State of Incorporation/Formation and Principal Place of Business is as follows:

| Check All Applicable Defendants | Defendant | State of Incorporation or Formation | Principal Place of Business |
|---|---|---|---|
| ☐ | AFAM Concept, Inc. d/b/a JF Labs, Inc. | Illinois | Illinois |
| ☐ | Avlon Industries | Illinois | Illinois |
| ☐ | Beauty Bell Enterprises LLC f/k/a House of Cheatham, Inc. | Georgia | Georgia |
| ☐ | Dabur International Ltd. | Isle of Man | Dubai |
| ☐ | Dabur International USA Ltd. | India | Illinois |
| ☐ | Dermoviva Skin Essentials, Inc. | Delaware | New Jersey |
| ☐ | Godrej SON Holdings, Inc. | Georgia | Georgia |
| | House of Cheatham LLC | Delaware | Georgia |
| xx | L'Oréal USA, Inc. | Delaware | New York |
| xx | L'Oréal USA Products, Inc. | Delaware | New York |
| ☐ | Luster Products, Inc. | Illinois | Illinois |
| ☐ | McBride Research Laboratories, Inc. | Georgia | Georgia |

| Check All Applicable Defendants | Defendant | State of Incorporation or Formation | Principal Place of Business |
|---|---|---|---|
| ☐ | Namaste Laboratories LLC | Illinois | Illinois |
| ☐ | Revlon Consumer Products Corporation | Delaware | New York |
| ☐ | Revlon Group Holdings LLC | Delaware | Delaware |
| | Revlon, Inc. | Delaware | New York |
| xx | SoftSheen-Carson LLC | New York | New York |
| xx | Strength of Nature, LLC | Georgia | Georgia |
| ☐ | Other (Please identify): _____ | _____ | _____ |
| ☐ | Other (Please identify): _____ | _____ | _____ |
| ☐ | Other (Please identify): _____ | _____ | _____ |

### CASE SPECIFIC FACTS REGARDING
### HAIR RELAXER PRODUCT USE AND INJURIES

5.　　Upon information and belief, Plaintiff began using hair relaxer product(s) on or about the following date ____@2000_____ and if applicable, stopped using hair relaxer product(s) on or about the following date: __Summer 2021_____.

6.　　Upon information and belief, Plaintiff used the following hair relaxer product(s), which Plaintiff contends caused and/or contributed to their injury(ies) and brings claims against the following Defendants:

| Defendant | Product List (Select All Applicable Products) |
|---|---|
| **AFAM Concept, Inc. d/b/a JF Labs, Inc.** | ☐ Hawaiian Silky - Crème Conditioning No Lye Silky Smooth Sheen Relaxer<br>☐ Hawaiian Silky - Herbal No Lye Conditioning Relaxer System with Tea Tree & Avocado Oil - 2 Applications<br>☐ Vitale - Olive Oil Anti-Breakage Relaxer No Base with Shea Butter - Regular Strength |

3

| **Defendant** | **Product List (Select All Applicable Products)** |
|---|---|
| | ☐ Vitale Pro - New Texture Salon Exclusive Hair Relaxer<br>☐ Vitale Mo'Body - Shea Butter Sensitive Scalp Relaxer with Oatmeal Protein<br>☐ Vitale - Life and Body - Hair Relaxer with Aloe Vera - Smooth Silky Texture<br>☐ Other (please specify): _____ |
| **Avlon Industries, Inc.** | ☐ Affirm Crème Relaxer<br>☐ Affirm Sensitive Scalp Relaxer<br>☐ Affirm Dry & Itchy Scalp Relaxer<br>☐ Affirm FiberGuard Conditioning Crème Relaxer<br>☐ Affirm FiberGuard Sensitive Scalp Conditioning Relaxer<br>☐ Other (please specify): _____ |
| **Beauty Bell Enterprises, LLC f/k/a House of Cheatham, Inc.** | ☐ Africa's Best Herbal Intensive No-Lye Relaxer System<br>☐ Originals by Africa's Best Originals Olive Oil Conditioning Relaxer<br>☐ Organics by Africa's Best Olive Oil Conditioning Relaxer System with Extra Virgin Olive Oil<br>☐ Originals by Africa's Best Kids Originals Natural Conditioning Relaxer System<br>☐ Organics by Africa's Best Kids Organic Conditioning Relaxer System<br>☐ Organics by Africa's Best Kids Natural Conditioning Relaxer System<br>☐ Texture My Way Men's Texturizing Kit<br>☐ Texture My Way Women's Texturizing & Softening System<br>☐ Other (please specify): _____ |
| **House of Cheatham, LLC** | ☐ Africa's Best Herbal Intensive No-Lye Relaxer System<br>☐ Originals by Africa's Best Originals Olive Oil Conditioning Relaxer<br>☐ Organics by Africa's Best Olive Oil Conditioning Relaxer System with Extra Virgin Olive Oil<br>☐ Originals by Africa's Best Kids Originals Natural Conditioning Relaxer System<br>☐ Organics by Africa's Best Kids Organic Conditioning Relaxer System<br>☐ Organics by Africa's Best Kids Natural Conditioning Relaxer System<br>☐ Texture My Way Men's Texturizing Kit<br>☐ Texture My Way Women's Texturizing & Softening System<br>☐ Other (please specify): _____ |
| **L'Oréal USA, Inc./ L'Oréal USA Products, Inc./ SoftSheen-Carson LLC** | ☐ Dark and Lovely Beautiful Beginnings No-Mistake Smooth Relaxer<br>☐ Dark and Lovely Beautiful Beginnings No Mistake Curl Softener<br>☒ Dark and Lovely Healthy Gloss 5 Shea Moisture No Lye Relaxer<br>☐ Dark and Lovely Triple Nourished Silkening Relaxer<br>☐ Optimum Salon Haircare Defy Breakage No-Lye Relaxer |

4

| Defendant | Product List (Select All Applicable Products) |
|---|---|
| | ☐ Optimum Salon Haircare Amla Legend Relaxer<br>☐ Optimum Care Bodifying Relaxer<br>☐ Optimum Multi-Mineral Reduced pH Crème Relaxer<br>☐ Bantu No Base Relaxer<br>☐ Ultra Precise No-Lye Conditioning Relaxer<br>☐ Mizani Butter Blend Relaxer<br>☐ Mizani Butter Blend Sensitive Scalp Rhelaxer<br>☐ Mizani Butterblend Prosolvent Relaxer<br>☒ Mizani Classic Rhelaxer<br>☐ Mizani Sensitive Scalp Rhelaxer<br>☐ Care Free Curl – Cold Wave Chemical Rearranger Super Strength<br>☐ Look of Radiance Permanent Crème Relaxer Kit<br>☒ Other (please specify): Wave Nouveau Shape Release _____ |
| **Luster Products Company** | ☐ Luster's Pink Oil Moisturizer No-Lye Conditioning Relaxer<br>☐ Luster's Pink Oil Moisturizer Short Looks Texturizer<br>☐ Luster's Pink Oil Moisturizer Smooth Touch Relaxer<br>☐ PCJ Kit<br>☐ PCJ No Lye Kit - Adult<br>☐ PCJ No Lye Kit - Children's<br>☐ ShortLooks Colorlaxer Diamond Black<br>☐ ShortLooks Colorlaxer Passion Red<br>☐ ShortLooks Colorlaxer Sable Brown<br>☐ Other (please specify): _____ |
| **McBride Research Laboratories** | ☐ Design Essentials Honey Nectar Relaxer Kit - Time Release Regular Strength<br>☐ Design Essentials Sensitive Scalp Relaxer System<br>☐ Design Essentials Regular Conditioning Relaxer<br>☐ Other (please specify): _____ |
| **Namaste Laboratories** | ☐ ORS Olive Oil Built-In-Protection No-Lye Relaxer – Full Application<br>☐ ORS Olive Oil No-Mix Salon Formula Crème Relaxer<br>☐ ORS Olive Oil Ultra Nourish Crème Hair Relaxer<br>☐ ORS Olive Oil Built-In-Protection No-Lye Relaxer – New Growth<br>☐ ORS Olive Oil Zone Relaxer – Targeted Touch-Up No-Lye Hair Relaxer<br>☐ ORS Olive Oil Curl Stretching Texturizer<br>☐ ORS Olive Oil Crème on Crème Touch-Up No-Lye Hair Relaxer<br>☐ ORS Olive Oil Mild Touch Relaxer with 60% Lower Chemical<br>☐ ORS Olive Oil Texlax and Stretch Semi-Straightening System<br>☐ ORS Olive Oil Girls Built-In Protection Plus No-Lye Conditioning Hair Relaxer System |

| Defendant | Product List (Select All Applicable Products) |
|---|---|
| | ☐ ORS Olive Oil Girls Soft Curls No-Lye Crème Texture Softening System<br>☐ ORS HAIRepair No-Lye Conditioning Relaxer System with Cuticle Shield<br>☐ ORS Olive Oil Professional No-Lye Relaxer Kit<br>☐ ORS Olive Oil Professional Crème Relaxer<br>☐ Namasté Salon System Triple Emulsion Relaxer<br>☐ Namasté Salon System Crème Relaxer<br>☐ Namasté Salon System Conditioning Sensitive Scalp No-Lye Relaxer<br>☐ Namasté Salon System Crème Relaxer Salon Trial Pack<br>☐ (Other (please specify): _____ |
| **Revlon, Inc./ Revlon Consumer Products Corporation/ Revlon Group Holdings LLC/ Revlon** | ☐ African Pride – No Lye Relaxer Kit<br>☐ African Pride – No Base Relaxer<br>☐ African Pride – Multi Length Texturizer Kit<br>☐ African Pride – Dream Kids No Lye Relaxer Kit<br>☐ All Ways Natural – No Lye Conditioning Crème Relaxer Kit<br>☐ Arosci Aromaphoric Relaxer System<br>☐ Crème Of Nature Relaxer Cream<br>☐ Crème Of Nature Relaxer Kit Argan Oil<br>☐ Crème of Nature Herbarich Conditioning Crème Relaxer System Kit<br>☐ Crème of Nature Herbarich Conditioning Crème Relaxer and Texturizing System<br>☐ Crème of Nature Herbarich No Base Relaxer<br>☐ Crème of Nature No Base Relaxer<br>☐ Crème of Nature No Lye Relaxer<br>☐ Crème of Nature Sodium Relaxer Kit<br>☐ Crème Of Nature Cni No Lye Relaxer<br>☐ Crème Of Nature Cni Sunflower & Coconut Oil - Creme<br>☐ Crème Of Nature Eden Relaxer<br>☐ Fabulaxer No-Lye Relaxer<br>☐ Fabulaxer Gro-7<br>☐ Revlon Realistic No-Base Relaxer<br>☐ Revlon Realistic No Lye Relaxer Kit<br>☐ Other (please specify):_____ |
| **Strength of Nature, LLC** | ☐ African Pride Olive Miracle Deep Conditioning Crème-on-Crème No Lye Relaxer 8 Salon Pack Touch-Ups<br>☐ African Pride Olive Miracle Deep Conditioning Curls & Coils Texturizer<br>☐ African Pride Olive Miracle Deep Conditioning Curls & Coils Texturizer With Aloe Deep Conditioner<br>☐ African Pride Olive Miracle Deep Conditioning No-Lye Relaxer One Complete Application |

6

| **Defendant** | **Product List (Select All Applicable Products)** |
|---|---|
| | ☐ African Pride Olive Miracle Deep Conditioning No-Lye Relaxer, One Complete Touch-Up |
| | ☐ African Pride Shea Miracle Texture Softening Elongating System |
| | ☐ African Pride Dream Kids Olive Miracle (4) Touch-Up Relaxer Kit |
| | ☐ African Pride Dream Kids Olive Miracle Relaxer |
| | ☐ African Pride Dream Kids Olive Miracle Touch-Up Relaxer Kit |
| | ☐ Dr. Miracle's No Lye Relaxer Kit |
| | ☐ Dr. Miracle's New Growth No-Lye Relaxer Kit |
| | ☐ Elasta QP Normal Relaxer Kit |
| | ☐ Elasta QP Normal Relaxer Kit 2 Applications |
| | ☐ Elasta QP Resistant Relaxer Kit |
| | ☐ Elasta QP Sensitive Scalp Kit 12 Application Economy Pack |
| | ☐ Elasta QP Sensitive Scalp Kit – 4 Applications |
| | ☐ Elasta QP No Base Crème Relaxer |
| | ☐ Elasta QP SOY OYL No-Base Relaxer |
| | ☐ Elasta QP SOY OYL 4 Application Anti-Dryness No Lye Relaxer Kit |
| | ☐ Elasta QP No-Base Relaxer |
| | ☐ Elasta QP Extra Body No-Base Regular Relaxer |
| | ☐ Elasta QP Extra Body No-Base Super Relaxer |
| | ☐ Gentle Treatment No-Lye Relaxer Gray Kit |
| | ☐ Gentle Treatment No-Lye Relaxer |
| | ☐ Just For Me Relaxer 1 Complete Touch Up Relaxer |
| | ☐ Just For Me 4 Application Salon Pack Relaxer |
| | ☐ Just For Me No-Lye Conditioning Crème Relaxer Kit |
| | ☐ Just For Me No-Lye Conditioning Crème Relaxer Kit with Coil & Curl Cream |
| | ☐ Just For Me No-Lye Conditioning Crème Relaxer Kit (Super) with Oil Moisturize Lotion |
| | ☐ Just For Me No-Lye Texture Softener System |
| | ☐ Just For Me No-Lye Texture Softener System with Hair & Scalp Butter |
| | ☐ Motions Classic Formula Smooth & Silken Hair Relaxer |
| | ☐ Motions Professional 12-Application Salon Pack |
| | ☐ Motions Silkening Shine No Lye Relaxer Kit |
| | ☐ Profectiv MegaGrowth Anti-Damage No-Lye Relaxer 2 Touch Up Application |
| | ☐ Profectiv MegaGrowth Anti-Damage No-Lye Relaxer 1 Complete Touch Up Application |
| | ☐ Profectiv Procision Relaxer Kit Regular |
| | ☐ Profectiv Relax and Refresh Kit Auburn Spice |
| | ☐ Profectiv Relax and Refresh Kit Cherry Fusion |
| | ☐ Profectiv Relax and Refresh Kit Jet Black |
| | ☐ Profectiv Relax and Refresh Kit Mahogany Brown |
| | ☐ Profectiv Relax and Refresh Kit Silky Black |

7

| Defendant | Product List (Select All Applicable Products) |
|---|---|
| | ☐ Pro-Line Comb Thru Texturizer Kit<br>☐ SmartPerm No-Lye Anti-Breakage Relaxer System<br>☐ SmartPerm No-Lye Anti-Breakage New Growth Relaxer System, Smart Grow Stimulator<br>☐ SmartPerm Smart Valu No-Lye Anti-Breakage Relaxer Kit, 4 Applications<br>☐ Smart Perm Smart Valu Smart Gro Stimulator New Growth No-Lye Relaxer with GroRehab 4 Applications<br>☐ S&B® Botanicals™ 2 Application Relaxer<br>☒ S&B® Botanicals™ No-Lye Sensitive Scalp Relaxer, 1-App<br>☐ S&B® Botanicals™ No-Mix Texturizer 2-App, with Deep Conditioner<br>☒ S&B® Botanicals™ No-Mix Texturizer 2-App<br>☐ S&B® Botanicals™ Relaxer 8-Touch Up<br>☒ Soft & Beautiful No-Lye Crème Relaxer<br>☐ Soft & Beautiful No-Lye Ultimate Conditioning Relaxer System<br>☐ TCB Naturals Conditioning Argan Oil Vitamin E & Olive No-Lye Relaxer<br>☐ TCB Naturals Conditioning Argan Oil Vitamin E & Olive No-Lye Relaxer, 2 Applications<br>☐ TCB No-Base Crème Hair Relaxer with Protein & DNA<br>☐ UltraSheen Supreme Conditioning No-Lye Relaxer<br>☐ UltraSheen Ultra Moisturizing No-Lye Relaxer<br>☐ UltraSheen Ultra Moisturizing No-Lye Relaxer, with Keratin Other (please specify):_____ |

7.      Other manufacturer(s)/product(s) used by Plaintiff not identified above:

_____

_____.

8.      Plaintiff's use of Defendant(s) hair relaxer product(s) caused serious injuries and

damages including but not limited to the following:

☒      Uterine Cancer
☐      Endometrial Cancer
☐      Ovarian Cancer
☒      Other injuries and/or additional details (please
        specify): hair loss; pelvic pain; painful/heavy periods and bleeding; fibroids; 3 Fibroids that became
        fibroid tumors; leiomyosarcoma (aggressive uterine cancer that spread to and included pelvic
        area/pelvic wall; small bowel area; large bowel area; abdominal wall; sigmoic colon; bladder
        area;umbillicus; serosa; anterior fascia; posterior cul de sac ); Endometrial Polyp; see Parkview Tumor
        Board report; total hysterectomy done; Decedent died due to accumulation of injuries

9.      Approximate date(s) of diagnosis (injury(ies)), if applicable at this time, that form(s) the basis of Plaintiff's claim(s): diagnosed with uterine cancer leiomyosarcoma after surgery to remove multiple fibroids that grew into tumors and to do a total hysterectomy on 2/21/2022 ; plaintiff diagnosed with fibroids in 2011 .

### CAUSES OF ACTION AND THEORIES OF RECOVERY ADOPTED AND INCORPORATED IN THIS LAWSUIT

10.      Plaintiff(s) hereby adopt(s) and incorporate(s) by reference as if set forth fully herein, all common factual allegations contained in paragraphs 1 through 114 of the Master Long Form Complaint on file with the Clerk of the Court for the United States District Court for the Northern District of Illinois in the matter entitled *In Re: Hair Relaxer Marketing, Sales Practices, and Products Liability Litigation,* MDL No. 3060.

11.      Plaintiff(s) hereby adopt(s) and incorporate(s) by reference as if set forth fully herein, the following Causes of Action and the Prayer for Relief within the Master Long Form Complaint on file with the Clerk of the Court for the United States District Court for the Northern District of Illinois in the matter entitled *In Re: Hair Relaxer Marketing, Sales Practices, and Products Liability Litigation,* MDL No. 3060:

☐X      Count I – Negligence and/or Gross Negligence   -all defendants except Walgreens

☐X      Count II – Negligent Misrepresentation   -all defendants except Walgreens

☐X      Count III – Negligence *Per Se*   -all defendants except Walgreens

☐X      Count IV – Strict Liability: Design Defect   -all defendants except Walgreens

☐X      Count V – Strict Liability: Failure to Warn   -all defendants except Walgreens

☐X      Count VI – Breach of Implied Warranty of Merchantability/ Fitness for a Particular Use   -all defendants INCLUDING Walgreens

☐X      Count VII – Breach of Express Warranty under state law and the Magnuson-

9

Moss Warranty Act, 15 U.S.C. § 2301 et seq.   -all defendants INCLUDING Walgreens

☐X   Count VIII – Fraud/ Fraudulent Misrepresentation   -all defendants except Walgreens

☐X   Count IX – Fraudulent Concealment   -all defendants except Walgreens

☐X   Count X – U.S. State and Territory Statutory Consumer Protection and Unfair
or Deceptive Trade Practices Claims   -all defendants except Walgreens

☐X   Count XI – Unjust Enrichment ]   -all defendants INCLUDING Walgreens

☐X   Count XII – Wrongful Death   -all defendants except Walgreens

☐   Count XIII – Survival Action

☐X   Count XIV – Loss of Consortium   -all defendants except Walgreens

☐X   Count XV – Punitive Damages   -all defendants except Walgreens

☐X   Other Causes of Action:   - all defendants except Walgreens

Bystander Negligent Infliction of Emotional Distress and Negligence Per Se Resulting in Pet Death

Bystander personal injury claims by mother, Evelyn M Keaton and sister Evelyn Lecia Keaton,
caregivers to decedent Elva Jean Keaton thru filing of Elva Keaton Estate Representative;
Estate also seeks damages for death of decedent's cat Speedway from cancer likely caused by
exposure to smells from relaxer products; cat stayed had his litter box in Elva Keaton bathroom so
he would've inhaled toxic exposure from when she used products at home; Speedway the cat was
diagnosed with cancer months after his pet Mom passed cared for by Elva's mother and sister.

12.   Consortium Claim(s) (if applicable): The following individual(s) allege(s)

damages for loss of consortium:

Filial loss of consortium claim by mother, Evelyn M Keaton, as decedent daughter helped her in multiple ways
given her disabilities (speech-related expressive aphasia) thru filing of Elva Keaton Estate Representative

13.   Survival and/or Wrongful Death Claim(s) (if applicable): The following

individual(s) allege(s) damages for survival and/or wrongful death:

Elva Jean Keaton, decedent thru her personal representative and heirs Evelyn M Keaton and Evelyn Lecia
Keaton, seek damages for wrongful death

**JURY DEMAND**

Plaintiff(s) demand(s) a trial by jury as to all claims in this action.

Dated this the ___20th___ day of ___February___, 20_24_.

RESPECTFULLY SUBMITTED
ON BEHALF OF THE PLAINTIFF(S),

_Evelyn L Keaton_
Signature

OF COUNSEL:     (name)   Evelyn L Keaton, Personal Representative of Estate of Elva
                     (firm)    J. Keaton/ Heirs of Elva J Keaton
                    (address)  PO Box 20864, Indianapolis IN 46220
                    (phone)   voicemail/text Google voice 772-226-0292; phone: 317-373-0368
                    (email)   email is preferred: ukeatel@gmail.com

                               efax: 702-947-6722

11

STATE OF INDIANA      ) IN THE MARION CO. PROBATE COURT

COUNTY OF MARION      )SS:

FILED

June 24, 2022
CLERK OF THE COURT
MARION COUNTY
SS

IN THE ESTATE OF ELVA JEAN KEATON

Case #

## ORDER APPOINTING PERSONAL REPRESENTATIVE

The court hereby appoints EVELYN LECIA KEATON as personal representative for the Estate of Elva Jean Keaton. The personal representative has authority to administer, manage, negotiate and handle all matters pertaining to the decedent's estate.

IT IS SO ORDERED.

Date:     **June 24, 2022**

Melanie Kendrick

Judicial Officer, Superior Court of
Marion County - Probate Division

## LETTER OF ADMINISTRATION

Cause No. _____

## STATE OF INDIANA,
## MARION COUNTY, SUPERIOR COURT:

### To Whom These Presents Shall Come, Greeting:

I, **Myla Eldridge**, Clerk of the Marion Superior Court, Probate Division,
Within and for said County of Marion, in the State of Indiana, do hereby certify that Letters of
Administration of the Estate of __**ELVA JEAN KEATON**____ late of Marion County,
deceased, who died intestate, are hereby granted to __**EVELYN LECIA KEATON**___ having
qualified and given bond as __**PERSONAL REPRESENTATIVE**__ is duly authorized to take
upon _____**herself** the administration of such estate according to law.

**WITNESS** my hand seal of said Court, at Indianapolis, Indiana,
This _____ day of ____**June 24, 2022**____

_____, Clerk

CERTIFICATE OF SERVICE

A copy of the foregoing is being served on defendants via email address and/or US Mail, 1st class, postage prepaid to the following addresses:

L'Oréal USA, Inc. and Soft Sheen-Carson, LLC
C/O CORPORATION SERVICE COMPANY
 80 STATE STREET ALBANY, NEW YORK, 12207
And email: MDL3060Service@egcfirm.com,

Strength of Nature LLC
64 Ross Road, Savannah GA 31405
And email: MDL3060ServiceSONLLC@arnoldporter.com,

L'Oreal USA Products Inc
10 Hudson Yards, New york NY 10001-2157
And email: MDL3060Service@egcfirm.com

Walgreens Corporate Headquarters
108 Wilmot Rd, Deerfield, IL 60015


Date: 2-20-2024

*Evelyn L Keaton*

By plaintiff:
Evelyn Keaton, as Personal Representative of the Estate of Elva J. Keaton and Representative of the Heirs of Elva J. Keaton
email: ukeatel@gmail.com
efax: 702-947-6722
PO Box 20864
Indianapolis IN 46220